CAESAR A. BERTOLINO, as Executor, etc., v. LONDON COUNTY, WESTMINSTER & PARR'S BANK, LTD., and Others.— Motion for preference granted for May 10. 1923. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Appellant, v. PATRICK A. POWERS and Others, Respondents.— Reargument ordered. Counsel may agree as to date. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

KLEIN'S RAPID SHOE REPAIR COMPANY, INC., Appellant, v. UNITED SHOE REBUILDING COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

OSSA SOWERS, Appellant, v. FULLER-LEHIGH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

OSSA SOWERS, Appellant, Respondent, v. FULLER-LEHIGH COMPANY, Respondent, Appellant.— Order modified by striking out the condition and as modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., of FREDERICK WESCHE, Deceased, Appellant, Respondent, v. ERNEST T. GREINER, Respondent, Appellant.— Order so far as appealed from by defendant affirmed, with ten dollars costs and disbursements to the plaintiff. (Smith, J., dissenting.) Order so far as appealed from by plaintiff modified by granting cross motion as to the item numbered 4 in plaintiff's notice of cross motion, and as so modified affirmed, without costs. Bill of particulars to be served within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HENRIETTA ROTHHOLZ, Respondent, v. LOUIS ROTHHOLZ, Appellant.— Order modified by reducing amount defendant is ordered to pay to plaintiff as and by way of counsel fee and disbursements to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

YELLOW CAB MANUFACTURING COMPANY, Appellant, v. CHECKER CAB MANUFACTURING CORPORATION, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ. [See 206 App. Div. 8.]

HANS BARTSCH, Respondent, v. FRANZ BARD and Another, Doing Business as BARD & BRUDER, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Clarke, P. J., and Smith, J., dissenting.